■ The People of the State of New York, Respondent, v Edwin Morales, Appellant. [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.

■ The People of the State of New York, Respondent, v Shawn E. Akin, Appellant. [886 NYS2d 64]—Motion for reargument and leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.

■ The People of the State of New York, Respondent, v Philip Felice, Appellant. [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Fahey, JJ.

■ The People of the State of New York, Respondent, v Glen MacLean, Appellant. [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Green and Pine, JJ.

■ The People of the State of New York, Respondent, v Antonio Broadnax, Appellant. [886 NYS2d 64]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Smith, Green and Gorski, JJ.

■ The People of the State of New York, Respondent, v Christopher M. Diaz, Appellant. [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Smith, Green and Gorski, JJ.

■ The People of the State of New York, Respondent, v Jack VanDeViver, Appellant. [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Smith, Centra, Fahey and Gorski, JJ.

■ In the Matter of Elizabeth L. Winkler, Petitioner, v New York State Division of Human Rights et al., Respondents. [886 NYS2d 64]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Fahey and Gorski, JJ.

■ Heartwood Forestland Fund, III, L.P., Appellant, v Crooked Lake Preserve, LLC, et al., Respondents. [886 NYS2d 63]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Fahey, Peradotto and Pine, JJ.